# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. 10-04612

GONZALEZ ARREIZAGA, JESUS MANUEL  Chapter 13
                     Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 6/10/2010  ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 300.00 x 60 = $ 18,000.00
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 18,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 18,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,900.00

Signed: /s/ JESUS MANUEL GONZALEZ ARREIZ/
        Debtor

_____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
            ☐ Paid 100% / ☐ Other: ___
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF HORIZONS BY MARRIOTT FOR THE ACCOUNT # 3284, SURRENDER FOR PAYMENT IN FULL OF THE SECURED PART.

DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF FIRST BANK MORTGAGE, ASOCIACION DE RESIDENTES, LOS MONTES AND CRIM FOR THE ACCOUNT # 5940, SURRENDER FOR PAYMENT IN FULL OF THE SECURED PART.

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**  Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUM.: 10-04612 BKT |
|---|---|
| JESUS M. GONZALEZ ARREIZAGA | CHAPTER 13 (ASSET CASE) |
| Debtor(s) | |

                            CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **PLAN DATED 06/10/2010**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 22TH day of June, 2010.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the Master Address List.

                                    **RESPECTFULLY SUBMITTED.**

                                    /S/MARILYN VALDES ORTEGA
                                    **MARILYN VALDES ORTEGA**
                                    USDC PR 214711
                                    P.O.Box 195596
                                    San Juan, PR 00919-5596
                                    Tel. (787) 758-4400
                                    Fax. (787) 763-0144
                                    E-mail: valdeslaw@prtc.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-04612-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue Jun 22 17:10:40 AST 2010 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | DEPARTAMENTO DE HACIENDA<br>PASEO COVADONGA, NUM. 10<br>EDIF. INTENDENTE RAMIREZ<br>SAN JUAN, PR 00901-2613 |
| DEPARTAMENTO DEL TRABAJO<br>AVE. MUOZ RIVERA 505<br>HATO REY, PR 00918-3352 | ERS<br>HOUSING ADMINISTRATION SERVICES, INC.<br>PO BOX 1043, SABANA SECA<br>TOA BAJA, PR 00952-1043 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| FIRST BANK<br>PO BOX 19327<br>SAN JUAN, PR 00910-1327 | HORIZONS BY MARRIOTT<br>PO BOX 382028<br>PITTSBURGH, PA 15250-8028 | MARRIOTT VACATION CLUB INTERNATIONAL<br>PO BOX 8038<br>LAKELAND, FL 33802-8038 |
| PENTAGON FCU<br>PO BOX 1432<br>ALEXANDRIA, VA 22313-1432 | JESUS MANUEL GONZALEZ ARREIZAGA<br>PO BOX 225<br>SABANA SECA<br>TOA BAJA, PR 00951-0225 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GONZALEZ ARREIZAGA, JESUS MANUEL

End of Label Matrix
Mailable recipients   13
Bypassed recipients    1
Total                 14