UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JESUS MANUEL GONZALEZ ARREIZAGA | CASE NO. 10-04612-BKT<br><br>CHAPTER 13 |
| DEBTOR (S) | |

## TRUSTEE'S UNFAVORABLE REPORT
## ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**          Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0**          **R2016 STM. $3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,900.00    Fees paid: $0.00    Fees Outstanding: $2,900.00**

With respect to the proposed (amended) Plan dated: **June 10, 2010** (Dkt 13)**.**          Plan Base: **18,000.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Fails Disposable Income Test : Unreasonable Expenses; Unwarranted payroll Deductions; Fails to use Income Tax refunds and Others. [§1322(a)(1) & §1325(b)(1)(B)]
    Plan fails to provide for the submission of all future tax refunds to fund the plan.


Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

    In San Juan, Puerto Rico this July 30, 2010.


                                        /s/ Jose R. Carrion
                                        _____
                                        /s/ Jose R. Carrion

                                        _____
                                        JOSE R. CARRION
                                        CHAPTER 13 TRUSTEE
                                        PO Box 9023884, San Juan, PR 00902-3884
INP                                     Tel. (787) 977-3535  Fax  (787) 977-3550